# United States District Court
## Eastern District of Wisconsin

**TROY NORTON,**

        Plaintiff(s),

v.

**NATIONWIDE CREDIT INC,**

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case No. 18-CV-1999

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that defendant's Motion to Dismiss complaint (ECF no. 11) and Motion to Dismiss Amended Complaint (ECF no. 18) is **GRANTED.**

    **IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE** and that Plaintiff shall take nothing from the Complaint.

    Approved:   *s/ David E. Jones*
                        DAVID E. JONES
                        United States Magistrate Judge

Dated at Milwaukee, Wisconsin, this 4th day of September, 2019.

                        STEPHEN C. DRIES
                        Clerk of Court

                        *s/ Tony Byal*
                        (By) Deputy Clerk